(Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Burglary, 2nd Degree). Present—Green, J.P., Hurlbutt, Kehoe, Martoche and Hayes, JJ.

■ The People of the State of New York, Respondent, v Dontie Mitchell, Appellant. [779 NYS2d 395]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Green, J.P., Hurlbutt, Kehoe, Martoche and Hayes, JJ.

■ The People of the State of New York, Respondent, v Philbert Strawder, Appellant. [779 NYS2d 395]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Green, J.P., Hurlbutt, Kehoe, Martoche and Hayes, JJ.